JOHN MITZKO, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent. — The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment reversed upon the law, and new trial granted, costs to abide the event.   In our opinion, there was sufficient evidence to warrant a finding by the jury that the box, the falling of which caused plaintiff's injury, was improperly and negligently placed by one of defendant's employees.   Young, Rich, Kapper and Lazansky, JJ., concur.

HELEN MOONEY, Respondent, v. BERNARD GOETZ, JOSEPH GOETZ and MORRIS GOETZ, Doing Business under the Firm Name and Style of B. GOETZ & BROS., Appellants.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927.   Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

MARIE MORRISON, Respondent, v. PHILIP T. COFFEY, etc., Appellant.— Order granting temporary injunction affirmed, with ten dollars costs and disbursements. No opinion.   Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

JULIUS E. NORDSTROM, Respondent, v. THOMAS ROULSTON, INC., Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

VIOLET NORDSTROM, an Infant, etc., by JULIUS E. NORDSTROM, Her Guardian ad Litem, Respondent, v. THOMAS ROULSTON, INC., Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

N. R. S. REALTY CORPORATION, Appellant, v. BERNARD S. FORMAN, INC., and GEORGE J. RHEUBAN, Respondents.   (Action No. 1.) — Order denying motion for retaxation of costs reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   We are of opinion that under the language of the order of reversal defendants were entitled to tax but a single bill of costs jointly, both of the trial and of the appeal.   (See *Matter of Kinn,* 139 App. Div. 766, 768.)   We are also of opinion that appellants (respondents here) were not entitled to tax the item for making and serving amendments to the case on appeal, which case they were themselves obliged to make and serve.   As to the item for premium paid upon the giving of the surety company bond, such bond not having been ordered by the court, the item is not taxable.   (*Greenbaum* v. *Berenson,* 217 App. Div. 774.)   Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.   Settle order on notice.

N. R. S. REALTY CORPORATION, Appellant, v. BERNARD S. FORMAN, INC., and GEORGE J. RHEUBAN, Respondents.   (Action No. 2.) — For the reasons stated in *N. R. S. Realty Corp.* v. *Forman, Inc., No. 1* (*ante,* p. 680), decided herewith, order denying motion for retaxation is reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.   Settle order on notice.

TIMOTHY O'CONNOR, Respondent, v. NATHAN GOLDFEDDER and HERMAN GOLDFEDDER, Appellants.— Order denying motion to dismiss complaint for lack of prosecution affirmed, with ten dollars costs and disbursements.   No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.